IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTWAN S. COTTEN,

    Defendant.

:
:
:
:
:

Case No. 3:02cr039

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY SUSTAINING DEFENDANT'S MOTION TO
HOLD IN ABEYANCE (DOC. #84) HIS MOTION FOR REDUCTION OF
SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2) (DOC. #81);
DIRECTIVE TO DEFENDANT

---

Pursuant to the reasoning and citations of authority set forth by the Defendant, in the memorandum filed together with his Motion to Hold in Abeyance (Doc. #84) any decision on his Motion for Reduction of Sentence, pursuant to 18 U.S.C. §3582(c)(2) (Doc. #81), said Motion is sustained.

The Court will delay a ruling on the Defendant's Motion for Reduction of Sentence, pending the Supreme Court's decision in the cases referenced by the Defendant. Not later than twenty days following the Supreme Court's decision on the cases in question, Defendant should file any supplemental memorandum he has

in support of his Motion to Reduce Sentence. The Government will then have fourteen days thereafter to file any response deemed necessary.

June 20, 2012

*(signature)*
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Ken Parker, AUSA
Antwan S. Cotten, *Pro Se*